# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TITAN OF LOUISIANA, INC.

VERSUS

STATE OF LOUISIANA, DIVISION
OF ADMINISTRATION, OFFICE OF
COMMUNITY DEVELOPMENT, AND
SHAW ENVIRONMENTAL &
INFRASTRUCTURE, INC.

NO.  2021 CW 0136

**MAY 10, 2021**

---

In Re:   State of Louisiana, Division of Administration, Office
of Community Development, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 620966.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not contain a transcript of the contradictory hearing on relator's motion for summary judgment, and the trial court's reasons for denying the motion are not otherwise evident from the writ application. See La. Code Civ. P. art. 966(C)(4). In addition, it is unclear whether the writ application contains all pleadings on which the ruling at issue was founded, specifically all pleadings concerning evidentiary objections with regard to the motion at issue herein, in violation of Rule 4-5(C)(8) of the Uniform Rules of the Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all required items, including the missing documentation noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before June 11, 2021 and must contain a copy of this ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT